1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TAMMY LYNN RHEINHARDT, | ) | Case No.: 5:20-cv-01261-PD |
| Plaintiff, | ) ) | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT |
| vs. | ) ) | ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) | AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| Defendant | ) ) ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,800.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:   November 18, 2021

*Patricia Donahue*

THE HONORABLE PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

1  Respectfully submitted,

2  LAW OFFICES OF LAWRENCE D. ROHLFING

3  /s/ *Brian C. Shapiro*
   _____
4  Brian C. Shapiro
   Attorney for plaintiff Tammy Lynn Rheinhardt

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26